UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK BRADLEY,<br><br>　　　　　Plaintiff<br><br>　v.<br><br>JAMES DZURENDA, et al.,<br><br>　　　　　Defendants | Case No. 2:25-cv-02351-GMN-MDC<br><br>ORDER |

**I.　DISCUSSION**

On November 25, 2025, Plaintiff initiated this action but listed his address as High Desert State Prison ("HDSP") on the complaint (ECF No. 1-1) and Southern Desert Correctional Center ("SDCC") on his application to proceed *in forma pauperis* (ECF No. 1). The Clerk's Office listed Plaintiff's address as HDSP on the docket sheet. Plaintiff's mail is now being returned as undeliverable. (ECF No. 3).

Under Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. Plaintiff has **until December 31, 2025**, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by that date, this case will be subject to dismissal without prejudice.

Additionally, the Court denies Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) without prejudice because Plaintiff submitted an outdated form. Plaintiff has **until December 31, 2025**, to file the application to proceed *in forma pauperis* for an inmate at HDSP or SDCC on this Court's approved form.

///

///

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court by **December 31, 2025**.

IT IS FURTHER ORDERED that the application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

IT IS FURTHER ORDERED that Plaintiff has until **December 31, 2025**, to pay the full filing fee of $405 or file a fully complete application to proceed *in forma pauperis* on this Court's approved form.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

The Clerk of the Court is directed to: (a) send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate at NNCC, LCC, HDSP, SDCC, or TLVCC and instructions for the same; and (b) send a courtesy copy of this order to Plaintiff at Southern Desert Correctional Center.

DATED: December 3, 2025.

_____
UNITED STATES MAGISTRATE JUDGE