Derrick Bradley
Name and Inmate Booking Number

S.D.C.C.
Place of Confinement

P.O. Box 208
Mailing Address

Indian Springs, NV 89070
City, State, Zip Code

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

DERRICK K. BRADLEY,
Plaintiff

vs.

(1) James Dzurenda,
(2) Jeremy Bean,
(3) J. Sutton,
(4) Helga,
(5) Crystal,
Defendant(s).

Case No. 2:25-cv-02351-GMN-MDC
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT BY AN INMATE**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

☑ Jury Trial Demanded

## A. JURISDICTION

1) This Court has jurisdiction over this action pursuant to:

☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
☑ Other: American Disability Act (ADA), 42 U.S.C. 12132

2) Institution/city where Plaintiff currently resides: Southern Desert Correctional Center

3) Institution/city where violation(s) occurred: N.D.O.C / @ High Desert State Prison

(Cont) **A. JURISDICTION**

42 U.S.C. § 12132; 42 U.S.C. § 12131(1)
42 U.S.C.S. § 12101 hereby brings suit against the State of Nevada ex rel, and Nevada Department of Corrections (N.D.O.C); also suing the remaing defendants 3-13 in thier official compacity. ; And also 42 USC § 1983 suing defendants 3-13 in thier individual compacity.
(*also 42 U.S.C. § 12202; 14th Amendment rights U.S. const)

Plaintiff, Bradley, asserts claims of Eighth Amendment violations of (1) medical-deliberate indifference; (2) use of excessive force resulting in substantial bodily harm; (3) failure to protect (4) subjecting plaintiff to significant atypical inhumane living condititions.

Plantiff also asserts ordinary Negligence; and negligent medical claims against the State of Nevada ex rel, N.D.O.C, and defendants 4, 5, 6, and 7, all in thier official compacity, under the Nevada Constitution Article 1 § 6 [See Shackford v. Macedo, 2024 U.S. Dist. Lexis 241261 at 9]; American disability Act (ADA) professional negligence, under NRS 41A.015. see also NRS 41A.100 and NRS 41A.100(d) Res ispa loquitur exception. [injuries documented by Doctor OMANADEC, i.e. (Stomach; Knee (1/5/25; 1/16/25)]

Under the ADA, plaintiff, Bradley, sues the State of Nevada ex rel, and Nevada Department of Corrections (N.D.O.C.) in accordance with NRS 41.031 (1) and (2). As States immunity as gaurenteed by the

(cont) **A. Jurisdiction**

ElEVENTH Amendment is waived or abrogated under this Act (American Disabity Act 42 U.S.C.S 12101(1) §12132 and § 12131.) and seeks relief under the 14th and 8th Amend. of U.S. constitution.

Defendant (1) James Dzurenda, DIRECTOR of Nevada Dept of Corrections being liable under see NRS 209.131(4); 289.220; 8th Amend and 14th Amendment in violation of U.S. Constitution. § 1 § 5. NRS 41.031(1)(2), State of Nevada ex rel, and NDOC. See also NRS. [illegible]) NRS 41.0322(2).

Plaintiff, Bradley, further **REQUEST** this Honorable Federal Dist. Court to excercise it supplemental jurisidiction, under 28 U.S.C § 1367(a), 2de as the Court sees fit and upon it's discretion; for the said claim(s) outlined in this complaint.

Plaintiff also claims discrimination by defendants (10)(11)(3)(4)(5) and (9), under 42 USC 1981 due to his race, class (lower-class) and status.

Plaintiff disability under the A.D.A. act is in conformity and compliance of 28 C.F.R. 36.105(a)(1)(i)(ii) and (iii); (A), etc. physical injuries etc.

Plaintiff seeks punitive, compensatory, monetary declartory damages in excess of $2,500,000. (p.s. relief [illegible]) 6 A-O

B. DEFENDANTS

6. Name of sixth defendant : Kenneth WILLIAMS, The sixth defendant is employed as a medical Director of N.D.O.C @ High Desert State Prison (H.D.S.P).

7. Name of seventh Defendant: JULIE WILLIAMS. The Seventh defendant is employed as a Nursing Director of N.D.O.C at High Desert State Prison (H.D.S.P).

8. Name of Eighth Defendant : NAJERA GABRIELA is Associate WARDEN @ N.D.O.C at High Desert State Prison (H.D.S.P.)

9. Name of nineth Defendant : Jhon DOE # 1. The nineth defendant is employed as correctional officer (c/o) @ High Desert State Prison (H.D.S.P)

10. Name of Tenth Defendant : STATE OF NEVADA, Ex rel.

11. Name of eleventh Defendant: N.D.O.C. (NEVADA DEPT OF CORRECTIONS)

12. Name of Twelve Defendant: c/o Mouhamed employed @ N.D.O.C./H.D.S.P; and 13. Def 13 is: c/o Leong employed @ N.D.O.C./H.D.S.P

## B. DEFENDANTS

1. Name of first Defendant: James Dzurenda. The first Defendant is employed as: Director of Nev Dept. of Correction at High Desert State Prison (H.D.S.P)
(Position of Title) (Institution)

2. Name of second Defendant: Jeremy Bean. The second Defendant is employed as: Warden at H.D.S.P.
(Position of Title) (Institution)

3. Name of third Defendant: J. Sutton. The third Defendant is employed as: Correctional officer (C/O) at H.D.S.P.
(Position of Title) (Institution)

4. Name of fourth Defendant: Helga. The fourth Defendant is employed as: NURSE / physician / asst. at H.D.S.P.
(Position of Title) (Institution)

5. Name of fifth Defendant: Crystal. The fifth Defendant is employed as: Nurse / physician / asst. at H.D.S.P.
(Position of Title) (Institution)

**If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. NATURE OF THE CASE

Briefly state the background of your case.

This is a §1983 civil action alledging defendants (1-5) discriminated against him because of his disability, in violation of the American disability act (ADA), by depriving plaintiff (Bradley) of a 'serious medical need', 'used excessive force' 'Retaliation' 'ordinary negligence', and 'provided a signifant and atypical hardship living conditions' Eighth Amend violation under U.S. const; which caused plaintiff (Bradley) -- to faint, lose, conciousness [i.e. pass out] and hit head in his call due to not being afforded air condition (A.C.)

(cont) **C. NATURE OF CASE**

in the summertime, while pouring himself a cup of water.

And that as he lay unconcious, shirtless and on his stomach defendant(s) (3)(4)(5) and (9) would REFUSE plaintiff (Bradley) medical attention on 7-15-25; and that (5) [nurse Crystal] would use BARBARIC tactics or improper medical practice, in order to wake plaintiff (Bradley) by SUFFOCATING him with a rag dipped in pneumonia; defendant (3) [C/o J. Sutton] would use excessive force -- in a wilful, wanton, malicious and sadistic manner -- by forcefully DRAGGING a shirtless (Bradley) from and back into his cell (Unit 1-O # 37) -- after applying his baton to plaintiffs back neck and head after verbally assaulting plaintiff.

That defendant(s) (4) [Helga, nurse] and (5) [Crystal nurse] and (9) C/o Jhon Doe # 1 all watched, never objecting or intervening to help plaintiff (Bradley) in a deliberate indifferent manner. -- Defendant (4) and (5) still would REFUSE (Bradley) any medical attention, while plaintiff was forced back into his cell by (3) J. Sutton without any medical attention to his bleeding injuries to his stomach and right knee, due to being dragged on concrete forcefully by defendant (3) J. Sutton. [p.s. Claim 1 ...]

## D. CAUSE(S) OF ACTION

### CLAIM 1

1. State the constitutional or other federal civil right that was violated: Eighth, First, and Fourteenth Amendments of U.S. Const. ADA (American Disability Act) New Const Act 1§6.

2. **Claim 1**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Medical care ☐ Mail

☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property

☐ Access to the court ☑ Excessive force by officer ☑ Retaliation

☐ Threat to safety ☑ Other: discrimination, disability, injury.

3. **Date(s) or date range** of when the violation occurred: 6-20-2025 - 7-15-2025

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1) That Defendant(s): (10) State of Nevada ex rel; (11) N.D.O.C.; (1) James Dzurenda (Director of N.D.O.C); (2) Jeremy Bean (Warden @ H.D.S.P); (6) Kenneth Williams (Medical Director of N.D.O.C.); and (7) Julie Williams (Nursing Director of N.D.O.C): has a policy, or custom that a prisoner who is need of serious medical attention in a *MAN DOWN* situation [i.e. emergency call for help by staff/c/o's at N.D.O.C.] shall not be discriminated against or refused any medical attention, but shall recieve adequate medical attention promptly ~~and~~ or as soon as possible so long as there is no threat posed against the safety and security of the N.D.O.C., State of Nevada ex rel, or prison institution.

2) THAT on 7-15-2025, at around 6:00pm pacific time; Plaintiff (Bradley) collapsed [i.e. fainted, passed out] while pouring himself a cup of water in his cell (Unit 1-0 #37) hitting his head due to thier being no A.C. in cell, over heating tempertures of 120°, dehydration, and from taking his prosenic medication, which is used to help treat his P.T.S.D.

THAT plaintiff lay in the cell 1-D #37 facedown and unconcious and needed medical/emergeny assistance, and that plaintiffs cellmate pressed the emergency call button notifying C/o's in unit.

4) THAT Defendant(s) (3) J. Sutton (correctional off @ H.D.S.P) and Defendant (9) Jhon Doe a C/o aswell; arrived at plaintiff cell fifteen minutes later.

5) THAT Defendant(s) (3) and (9) opened the cell's flap (i.e. slot) and upon seeing plaintiff on the floor asked "why do you have pants on?" said (3).

(Note: Defendant (3) sayd this because he knew that the living conditions inside the Unit [1-D] were exceedingly hot due to thier not being A.C. in the unit)

6) THAT Defendant(s) (4) Helga (nurse) would arrive roughly 30 minutes later and upon seeing plaintiff (Bradley) layed out on the ground stated "..Im not going in there."

THAT C/o J. Sutton cuffs plaintiffs (Bradley) hands behind his back through the

flap (i.e. slot).

7) THAT (3) J. Sutton then opens the cell door (1-D437) and proceeds to forcefully DRAGS (i.e. pulls) plaintiff Bradley out of his cell, as plaintiff was shirtless and unconcious. (p.s. video surveilance from 7-15-25 @ 6:30 pm - )

8) THAT as plaintiff (Bradley) lays facedown and uncious, (4) Helga begins to assess his vitals to see if he was breathing or had a pulse, and that since plaintiff had a pulse 'he was fine and didnt need to see a doctor' 'or go to the infirmary for medical attention' stating that plaintiff was 'faking.'

9) THAT plaintiff (Bradley) would remain in this condition (restrained unconcious while on his stomach for an Extended period of time (i.e. 45 minutes). unresponsive.

10) THAT Defendant(s) (5) Crystal (Nurse) would arrive and in order to help plaintiff regain conciousness, applies a rag to his nose that was covered in anuemonia.

11) THAT Defendant (5) Crystal, upon seeing

plaintiff (Bradley) was still unresponsive, after having applying pnemonia to no avail; Defendant (5) Crystal begins pinching plaintiff (Bradley) nose and covering his mouth together, and with the same rag (i.e. cutting off his air supply) oxygen for 20-30 seconds (P.S. video survielance 7-15-25 upon discovery)

12) THAT due to plaintiff's (Bradley) lack of oxygen, he begins to convulse ~~and~~ while his body thrashes sporadicaly out of control, as (4) and (5) laughed and made remarks

13) THAT (5) Crystal's medical practices were BARBARIC in nature and violated his U.S. const. right(s) under the 8th Amendment.

14) THAT (3) c/o J. Sutton then begins to use 'excessive force' in a sadistic, malicious manner when (3) forcfully throws plaintiff (Bradley) back onto his stomach hard causing plaintiff to hit his face on the ground and fracture his right knee in retaliation for plaintiff's body reacting and thrashing

15) THAT (3) J. Sutton takes his BATON and uses more excessive force by applying

his baton to Bradley's back, stomach and neck area as plaintiff writhes in pain, from immense impact injury to his right knee. (p.s. video @ N.D.O.C. [H.O.S.P.] requested by plaintiff 7-16-2025; See also attached Affidavit from inmate Jhon Jordan # 1085274, who witnessed incident at H.O.S.P by defendant(s) (3) J. Sutton etc on 7-15-2025.).

16) That such acts of 'use of force' and 'Barbaric methods' encites inmates in the unit 1-0 and in their cells, to yell and shout obsenities at defendants (3) J. Sutton and (5) Crystal; as plaintiff (Bradley) lays flat on his stomach in a puddle of his own spit and vomit in pain.

17) THAT as plaintiff tells the nurses and C/o's [3, 4, 5, 9] present that he's in pain; defendant (3) J. Sutton states; "I know who you are and what your back number is... that your only trying to play the system you piece of shit," in a discriminatory manner when plaintiff disability medication really caused him to passout due to the heat inside the cell.

18) THAT (4) now states "maybe [plaintiff] should

should go to the infirmary."

19) THAT (3) c/o J. Sutton and (9) c/o Jhon Doe would refuse to transport plaintiff (Bradley) to the infirmary; telling medical (4) Helga that Sgt Fisher was using the food carts already with feeding dinner. The answer being (NO).

20) THAT plaintiff tells everyone present and within earshot defendant's (3)(4)(5)(9) [and (11) NDOC] that he's badly injured and has difficulty breathing.

21) THAT defendant (3) Sutton tells plaintiff "your either gonna stand up and walk to your cell (1-D #37), or I'm gonna drag you back in there." And when plaintiff (Bradley) shirtless, defenseless and didn't respond to (3) J. Sutton, (3) J. Sutton uses excessive force in a more sadistic and malicious manner this time by FORCE-FULLY DRAGGING plaintiff 3x harder and with more force, back into his cell (1-D #37) causing stomach (right side) and knee (right) to bleed profusely and leaves lacerations / scrapes.

22) THAT after (3) removes plaintiff's restraints and leaves his cell (1-D # 37), Bradley would be forced to endure the same living conditions without Any A.C. while having to tend to his own wounds / injuries to his stomach (torso) and right knee cut and bleeding in his cell.

23) THAT due to plaintiff being dragged across the concrete slab / floor by defendant (3) J. Sutton, plaintiff was caused a huge laceration / injury which is now a gash on his stomach, as was his right knee also bleeding and scraped up, and that since the incident 7-15-2025, his knee injury only 'worsened' to where he's now barely able to walk, cant go to NDF, cant work, is on pain medication [Diagnosis / documented injuries further documented @ S.D.C.C. by Doctor OMANDAC, plaintiff experiencing pain in right knee every time he walks and is currently on LAY IN, meaning cant go to meals].

24) THAT since undergoing and experiancing such an ordeal by defendants (11), (3) (4), (5) (9) and (12) (13) [-- (12) & (13) who accepted plaintiffs emergency grievances and never came back with a response or signed response 7/16/25 and 7/16/25 per A.R. 740 plaintiff decided against requesting any further

medical attention from N.D.O.C./H.D.S.P by whom which all of the said defendants were employed, except requesting to see the psychatrist as he suffered mentally and emotionally and requested for increased dosages of both of his medications, prosenic and zoloft, which treats his P.T.S.D and anxiety and depression; from being humiliated and treated like an animal by employees at N.D.O.C.(H.D.S.P).

25) THAT after the incident on 7-15-2025 occured plaintiff requested an emergency grievance in order to report incident to Warden or Director defendants: (1)(2)(11).; handing emergency grievance, along with a kite to preserve video surveilance in unit 1-D as plaintiff informed on kite his intent to sue; handing to defendant(s) (13) c/o Leong and (12) c/o Mouhamed.

26) THAT defendent(s) (11)(1)(2) never responded to plaintiffs emergency grievance submitted and signed 7/16/25 by Bradley and c/o Leong (13) and was never returned with ANY response. [P.S. Ex A emergency grievance]

27) THAT Plaintiff (Bradley) NEVER recieved a response to his kite to defendants (11) (1)/(2) to preserve video,

in regards to incident that occurred at N.D.O.C 7-15-2025. (P.S. emergency grievance and kite in Exhibits "A" attached.)

28) THAT has attempted to exhaust ALL administratable remedies, to the best of his ability by way of the grievance process to no avail, in that remedies would become 'unavailable' to him.

29) THAT plaintiff, (Bradley) submitted multiple grievances at the informal levels and that defendants being informed. failed to correct. [(10)(11)(1)(2)(6)(7)(8).]

30) THAT defendant (8) [Awo Navarro] would state in response to plaintiff's grievance, that grievance was a duplicate (which it wasn't was only submitted once); and that since grievance was a duplicate states to plaintiff "THIS GRIEVANCE MAY NOT BE RESUBITTEED." P.S. Ex "A" (# log 20063182824.) Doc-3098 by Navarro

31) THAT A.R. 740.6 states "if grievance is NOT ACCEPTED, offendener may not proceed to next Procedural level (i.e. 1st, 2nd Level); but is to correct the issue by resubmitting grievance, See A.R 740.6.

32) THAT if plaintiff (Bradley) was unable to appeal to the next level, or re-submitt grievance', remedies became 'unavailable' to him-

## CLAIM 2

1. State the constitutional or other federal civil right that was violated: Eighth and Fourteenth Amend and ADA (American Disability Act) of U.S. Const; Nev const 1 § 6.

2. **Claim 2**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☑ Basic necessities ☐ Medical care ☐ Mail
☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property
☐ Access to the court ☐ Excessive force by officer ☐ Retaliation
☑ Threat to safety ☑ Other: ordinary Negligence, gross negligence, failure to correct/act

3. **Date(s) or date range** of when the violation occurred: 6-20-25 — 7-15-2025.

4. **Supporting Facts:** State as briefly as possible the FACTS supporting Claim 2. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1) That on 6-20-2025, plaintiff (Bradley) arrived at N.D.O.C./H.D.S.P from C.C.D.C. and upon his arrival, plaintiff informs medical staff during intake Process, that he takes P.T.S.D medication to cure nightmares from traumatic experiences called - prosenic - and that it increases his blood pressure and heart rate; and that plaintiff was housed in N.D.O.C (H.D.S.P) of unit 1-D (#37), in which the entire unit was without A.C. (Air Conditioner) in its ventilation though it was the summertime and tempatures reached 100-120° degrees

2) THAT upon plaintiff entering his cell #37 in 1-D; he notices that N.D.O.C. (H.D.S.P) in it's attempt to make up for the lack of cool air in the unit, N.D.O.C places large green swamp coolers and a fan outside of the inmates cells housed in unit 1-D. [not inside].

3) THAT plaintiff (Bradley) when entering his cell (37) immediatly becomes excessively hot (over-heated) within seconds and that the because of these conditions it would become unbearable. Swamp coolers/Fan providing no relief watsoever.

Plaintiff would attempt to endure these living conditions in 1-D(#37) until room tempertures became too hot and inhumanely unbearable; that Plaintiff also being concerned of his safety and potential exposure to danger due to him taking medication prescribed [Prosenic] that increased his blood pressure [i.e. heart rate], as one of it's side effects for his P.T.S.D.

4) And That plaintiff (Bradley) **ALREADY** had a prior history of passing out [i.e. losing conciousness] from C.C.D.C. due to excessive heat exposure, dehydration, along with side effects/complication from his medication
P.S. Attached document(s) from C.C.D.C. medical Ex "A"

5) And THAT besides the living condition(s) being unbearable and exceedingly hot, plaintiff was concerned for his safety.

6) THAT plaintiff submitted an emergency grievance and informal grievance on 7/11/25 & 7/16/25 complaining that A) the room tempertures were exceedingly hot B) unbearable living conditions C) that he had a history of passing out due to heat exposure while taking his medication D) and that he was concerned about his safety

of being exposed potential risk of bodily harm or injury. on 7 11 2025 (p.s. Exhibits "A" grievances)

7) THAT plaintiff (Bradley) would be subjected and housed in these conditions, being confined to cell #37 for twenty-four (24) hours a day, excluding showers, during intake [i.e. fishtank] phase untill he was cleared by classification for movement/transfer.

8) THAT plaintiff, due to the unbearable heat, had to sleep with his mat on the floor by the cell door, in hopes to recieve some of the cool breeze from the swamp coolers in the unit (1-D).

9) THAT the swamp coolers provided **NO** relief whatsoever.

10) THAT plaintiff (Bradley) and cell mate, John Jordan, #1085274 would learn that the prisons unit (1-D) lack of A.C. was not new issue, and that such condition(s) existed long before they arrived in unit. (note: John Jordan arrived at H.D.S.P 6-25-25) (Jordan also provides sworn affidavit). see Exhibit "A"

11) THAT on 7/15/2025, plaintiff (Bradley) would succumb to such living conditions), while housed in Unit 1-D(#37); as he passed out hitting his head on the sink while pouring himself a cup of water; and layed unconcious.

*** Please refer to Ground (claim) 1 of this complaint.

12) THAT plaintiff notified defendant(s) (11), (1) (2) and (8) by way of another emergency grievance of what occured in CLAIM 1 and how he suffered injuries, and substantial bodily harm, as stated throughout this complaint, due to exposure and/or being forced to live in such harsh condition(s) that created an significant and atypical enviorment/condition(s), on 7-16-25. [P.S. Ex "A" 7/16/25 attached emergency Grievance] and [informal grievance Dated: 7/11/25] to no avail... Before and After incident.

13) THAT Defendant(s)(1)(11), (2) and (8) were well aware of (by plaintiff and other inmates before him) of such harsh living condition(s) in Unit (1-D); but failed to act or correct conditions way before plaintiff or cellmate, JOHN JORDAN, arrived at H.D.S.P./N.D.O.C.

14) THAT plaintiff would recieve **no** medical attention after being denied adequate medical assistance on 7-15-25 [P.S. CLAIM 1 & CLAIM 3] And that plaintiff was discriminated against because of his disability medication-prozenic (for P.T.S.D.), in which caused him to pass out.

15) THAT for the reason(s) set forth throughout this complaint, Defendant(s) (11) (1), (2) and (8) **SHOULD** be held liable under ADA and under 1983; for negligence, deliberate indifference, and subjecting plaintiff (Bradley) to live in and endure a significant and atypical hardship living condition(s), which resulted in plaintiff suffering physical bodily harm on: 7-15-2025.

, though having adequate notice and being well informed;

in violation of plaintiffs 8th, 14th, 5th, 1st Amendment Right under U.S. const. in their individual and/or official compacity.

-- Please see **Relief Sought** on pg 6 of this complaint. --

And the State of Nevada ex rel, and N.D.O.C. (which is a political subdivision of the State of Nev) should be liable and for the defendents herein (on their offical compacity), under NRS 41.031(1) and (2); because plaintiff brings suit under the ADA act. See page Jurisdiction. 4(e)

## CLAIM 3

1. State the constitutional or other federal civil right that was violated: Eighth and Fourteenth Amend & U.S. Const.; ADA violation; Nev const 1 § 6 negligence (ordinary, gross)

2. **Claim 3**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☑ Medical care ☐ Mail

☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property

☐ Access to the court ☐ Excessive force by officer ☐ Retaliation

☑ Threat to safety ☑ Other: Discrimination (ADA).

3. **Date(s) or date range** of when the violation occurred: 7-15-2025.

4. **Supporting Facts:** State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1) THAT on 7-15-2025, after being injured in his cell (1-D #37) upon losing conciousness due to excessive heat exposure and hitting his head - [please refer to Claim 1] -- defendant[s] (4) Helga and (5) Crystal would DENY or REFUSE plaintiff (Bradley) medical attention

2) THAT these defendants discriminated against plaintiff because of his disability, in which his medication - prosenic - that prescribed to treat his P.T.S.D increased his blood pressure in excessive heat conditions -- causing plaintiff (Bradley) to lose conciousness and became injured.

3) THAT defendants (4) and (5) both Nurses for/employed Defendant[s] (10) and (11) discriminated against plaintiff his disability when he passed out and laughed at him as he layed in this state, while defendant (5) CRYSTAL would use BARBAIC methods to wake plaintiff, causing plaintiff to thrash sporadically, which led to further injury/excessive force by (3) J. Sutton who would use more force furthering plaintiff's injurys to his stomach and right knee. - Plaintiff seeks Jury trial - [please see ground 1] for detail.

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

**CLAIM # 4**

1. State the constitutional or other federal civil right that was violated: Fifth and Fourteenth Amend of U.S. const to Due Process; Nev Const. art. 1 § 8(2); 1st Amendment

2. **Claim 3**. Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities ☐ Medical care ☐ Mail
☐ Disciplinary proceedings ☐ Exercise of religion ☐ Property
☐ Access to the court ☐ Excessive force by officer ☑ Retaliation
☐ Threat to safety ☑ Other: spoilation.

3. **Date(s) or date range** of when the violation occurred: 7-15-2025 - 7-16-2025.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 3. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

1) THAT plaintiff (Bradley) collasped and loss conciousness while pouring himself a cup of water in his cell (1-D #37) due to a combination of excessive heating temps and side effects from his medication - prosenic - on 7-15-2025.

2) THAT plaintiff would ultimatley be assulted\battered by defendant (3) C/O J. Sutton, while (4) nurse Helga and (5) Crystal and (9) Jhon Doe [C/O] #1, looked on and failed to intervene.

3) THAT (4) and (5) before denying and refusing plaintiff medical attention, (5) Crystal would use Barbaric methods and practices inorder to attempts waking plaintiff by suffocat-ing (asphuxication) with a rag dipped in pneumonia.

4) THAT this occured 7-15-2025 @ approx 6:00 pm.

5) THAT on 7-16-2025 @ 1:00 pm, plaintiff personally handed (13) C/O Leong an (1) emergency grievance and kite (one reported incident and (2) kite requesting preservance of video with said intentions of bringing civil suit.

6) THAT niether kite or emergency grievence was ever replied to. (P.S. Exhibit "A") -- That plaintiff trial by Jury may be prejudized without video.

**If you assert more than three claims, answer the questions listed above for each additional claim on a separate page.**

## -- Relief Sought

WHEREFORE plaintiff request this Honorable Court GRANT him the following relief:

(A) ISSUE A DECLARATORY JUDGEment stating that defendant(s) (10) State of Nevada ex rel, and (11) N.D.O.C. along with the remaining:

1 Defendant(s) (1), (2), (6)(7) and (10) and (11), (8) failed to curb and/or correct the abusive use of force and negligent behavior of Defendant(s) (3), (4)(5) and (9) by creating a policy or custom, under which unconstitutional practices occured, were allowed or permited the continuance of such a practice policy and custom;

or/

/and by being grossly, or ordinary negligent in SUPERVISING subordinates who commited the said wrongful acts to plaintiff (Bradley); in which he suffered physical harm.

2 Defendant(s) (1)(2)(6)(7) and (8)(11) failed to remedy or resolve upon being A) notified by way of emergency greivance

which is suppose to initiate a RESPONSE within twenty - four (24) to no avail,

THAT Defendants(s) N.D.O.C (11) ex rel, though informed or notified by plaintiff (Bradley) by way of, via kite, correspondence 7/16/25 that ~~the~~ defendants(s) (11) (1) and (2) preserve video in unit 1-10 (#37) of the following night on 7/15/25.

That defendants herein never responded to kite.

THAT Defendants(s) (10) (11) (4)(5)(6) and (7) FAILED to provide or assist plaintiff (Bradley) with adequate medical attention/service 7-15-25 - being or exhibiting negligence, ordinary or gross negligence; and/or doing so in a wilful and deliberate manner (diliberate indifference) laughing at plaintiff who is disabled under the Title II American Disability Act (ADA).

THAT Defendants(s) (4) actions were neglizent.

THAT Defendants(s) (5) actions were Barbaic and negligent.

THAT Defendant (1)(2) (3) and (9) (11) (10) actions were excessive force, failure to act, diliberate indifferent retaliation, negligent (ordinary or gross), failed to provide plaintiff with atypical and humane living conditions. -- Plaintiff seek damages monetary punitive, exemplary compensatory, non-economic damages and decalotory relief in excess of $10,000. to be determined by Jury at trial.

breath due to (5) cutting off his air supply (i.e. oxcygen) after the premonia wouldn't wake him, and even after he woke Defendant (5) still refused him medical attention.

5. Defendant(s) (3) and (9) actions exhibited 'cruel and unusual' punishment (8th amen. Viol), which amounted to deliberate indifference when (3) DRAGGED plaintiff (Bradley), who was shirtless and handcuffed while on his stomach, A) Forcefully out of his cell; B) used excessive force by using his BATON on plaintiffs back neck and back of head area as plaintiff lay defenseless, C) and would forcefully DRAGG (i.e. pull) plantiff back into his cell the same way (3) dragged him out. And that defendant (9) a c/o aswell, just stood there and watched all this for no apparent reason.

6. Defendant(s) (11), (1), (2) provided plaintiff a significant and atypical living condition(s) and "caused" plaintiff to suffer; when he was forced to live in a cell (1-D#37) with NO A.C. (Air conditioner) from 6-20-25 - 7-15-25, in which plaintiff (Bradley) Passed out (i.e. fainted, loss conciousness) in cell and hit his head. - due to no A.C. in unit and

## E. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated? ☐ Yes ☑ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)? ☐ Yes ☑ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?" ☐ Yes ☑ No

## F. REQUEST FOR RELIEF

I believe I am entitled to the following relief: Declatory, monetary, punitive COMPENSATORY, mental and emotional Injury damages (42 U.S.C. § 1997e(e) §1983) 8th and 1st Amend U.S. Const. Relief under NRS 41.031, Nev Const 1 § 6, 14th Amend of U.S. Const. § 1 and § 5 under the American Disability Act (ACT) 42 U.S.C. 12131 § 12202 § 12101. In excess of $10,000 - also non-economic damages NRS 41A.035, REQEST potential RELIEF $1.5 million. ($1,500,000)

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

Law Library, pro se
(name of person who prepared or helped prepare this complaint if not the plaintiff)

x Derrick Bradley
(signature of plaintiff)

2/2/26
(date)

## ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

CERTIFICATE OF SERVICE

I, Derrick K. Bradley, hereby certify that I am the Petitioner in this matter and I am representing myself *in propria persona*.

On this 2 day of February, 2026, I served copies of the 42 U.S.C. 1983, First Amended Complaint (FAC) pages, with attached Exhibits, in Case No. 2:25-CV-02351, and placed said document(s) in the United States [illegible] eFile [illegible]d, addressed as follows:

: Attorney General
Aaron Ford
(efile)
@ State of Nevada

: Warden @ H.D.S.P. / N.D.O.C.
Jeremy Bean @ H.D.S.P.
(efile)

: Director, of N.D.O.C.
James Dzurenda @ N.D.O.C.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Petitioner in the above-entitled action, and he has read this Certificate of Service and the information contained therein is true and correct.

Executed pursuant to 28 U.S.C. § 1746 and 18 U.S.C. § 1621 at S.D.C.C. on this 2 day of February, 2026.

[signature] NDOC No. 93214

Petitioner – *In Propria Persona*

# EXHIBITS

# "A"

Dated: 2/2/26

x Derrick Bradley

Derrick Bradley #93214

CAUTION: Federal law PROHIBITS the transfer of this drug to any person other than the patient for whom it was prescribed.
NEVADA DEPT OF CORRECTIONS
3955 W. RUSSELL RD
LAS VEGAS , NV 89118
KOP

Rx #: 795829 OMANDAC, S NP 1/19/2026
BRADLEY, DERRICK
SDCC U7 A 4 B 0000093214
TAKE 1 TABLET(S) BY MOUTH TWICE DAILY FOR 14 DAYS (H.PYLORI PACK)
RPh/Tech: TD/TD
CLARITHROMYCIN RX# 795829
QTY: 28 CLARITHROMYCIN 500MGTAB
This medication is a light yellow oblong film-coated tablet imprinted with D on one side and 63 on the other side
NDC:65862-0226-60
Mfg: AUROBINDO PHARMA
Exp: 01/19/27
No Refills Rema 0
This RX may not be transferred.
DO NOT use with alcohol or non-prescribed drugs without consulting the prescribing practitioner.

↑ ????

CAUTION: Federal law PROHIBITS the transfer of this drug to any person other than the patient for whom it was prescribed.
NEVADA DEPT OF CORRECTIONS
3955 W. RUSSELL RD
LAS VEGAS , NV 89118
KOP

Rx #: 795657 OMANDAC, S NP 1/16/2026
BRADLEY, DERRICK
SDCC U7 A 4 B 0000093214
TAKE 1 TABLET(S) BY MOUTH EVERY 8 HOURS AS NEEDED WITH FOOD
RPh/Tech: HP/HP
IBUPROFEN RX# 795657
QTY: 45 IBUPROFEN 600MGTAB
This medication is a white oblong film-coated tablet imprinted with I 7 on one side
NDC:67877-0320-05
Mfg: ASCEND LABORATORIES
Exp: 01/16/27
Refills Remain: 2
This RX may not be transferred.
DO NOT use with alcohol or non-prescribed drugs without consulting the prescribing practitioner.

↳ for pain in stomach and right knee. Plaintiff has knee brace on right knee also. X-rays done by S.D.C.C. Doc. OMANDAC.

CAUTION: Federal law PROHIBITS the transfer of this drug to any person other than the patient for whom it was prescribed.
NEVADA DEPT OF CORRECTIONS
3955 W. RUSSELL RD
LAS VEGAS , NV 89118
KOP

Rx #: 795825 OMANDAC, S NP 1/19/2026
BRADLEY, DERRICK
SDCC U7 A 4 B 0000093214
TAKE 2 CAPSULE(S) BY MOUTH (1GRAM) TWICE DAILY FOR 14 DAYS H.PYLORI PK
RPh/Tech: TD/TD
AMOXICILLIN RX# 795825
QTY: 56 AMOXICILLIN 500MGCAP
This medication is a blue and pink oblong capsule imprinted with A 45 on one side
NDC:57237-0031-05
Mfg: CITRON PHARMA
Exp: 01/19/27
No Refills Rema 0
This RX may not be transferred.
DO NOT use with alcohol or non-prescribed drugs without consulting the prescribing practitioner.

⇐ to help treat infection(s) to stomach

[ Doctor OMANDAC also prohibits ~~[illegible]~~ plaintiff (Bradley) from work activities programs, and NDF (Nevada Div. Forestry).

CAUTION: Federal law PROHIBITS the transfer of this drug to any person other than the patient for whom it was prescribed.
NEVADA DEPT OF CORRECTIONS
3955 W. RUSSELL RD
LAS VEGAS , NV 89118
KOP

Rx #: 795808 OMANDAC, S NP 1/19/2026
BRADLEY, DERRICK
SDCC U7 A 4 B 0000093214
TAKE 1 CAPSULE(S) BY MOUTH TWICE DAILY
RPh/Tech: TD/TD
OMEPRAZOLE RX# 795808
QTY: 60 OMEPRAZOLE 20MGCAP
This medication is a pink and reddish-brown oblong capsule delayed release imprinted with E on one side and 67 on the other side
NDC:57237-0161-99
Mfg: CITRON PHARMA
Exp: 01/19/27
Refills Remain: 5
This RX may not be transferred.
DO NOT use with alcohol or non-prescribed drugs without consulting the prescribing practitioner.

⇐ To help treat bowl movements (Gastric Secretion)

Injuries documented by Doctor, OMANDAC

Doctor OMANDAC prescribed medication(s) to plaintiff after examinations of blood work, secretion testing/exams (in relation to plaintiff stomach).. None of these prescribed or needed, prior to incident 7/15/25. Plaintiff request further discovery and subpoena of Doctor OMANDAC for Jury trial under Civ.R.Pro. Rule 17.

Dated: 1/28/26 + [signature]

**NEVADA DEPARTMENT OF CORRECTIONS**

# EMERGENCY

**GRIEVANCE FORM**

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: High Desert State Prison UNIT: 1-D-37

GRIEVANT'S STATEMENT: It is [illegible] hot in this cell. I've been in here [illegible] 7 [illegible] I [illegible] was having chest pain and need medical attention. Instead, I [illegible] while in handcuffs, suffocated by [illegible] who used [illegible] and when they didn't work [illegible] breathing. [illegible] this heat is unbearable. Please help! Thank you. [illegible] grievance.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: x Derrick Bradley DATE: 7/10/25 TIME: 1:00

RECEIVING STAFF SIGNATURE: [signature] DATE: 7 TIME: ______

---

SUPERVISOR COMMENT/ACTION TAKEN ON EMERGENCY GRIEVANCE: ______

SUPERVISOR SIGNATURE: ______ TITLE: ______ DATE: ______ TIME: ______

---

INMATE AGREES: ______ INMATE DISAGREES: ______

INMATE SIGNATURE: ______ TIME: ______ DATE: ______

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FORMAL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator when complete |
| Pink: | Inmate's initial receipt |

---

TO: Operation Warden

I WAS ASSAULTED

**INMATE REQUEST FORM**

| 1.) INMATE NAME | DOC # | 2.) HOUSING UNIT | 3.) DATE |
|---|---|---|---|
| Derrick Bradley | 93214 | at H.D.S.P. 1-D # 37 | 7/16/25 |

4.) REQUEST FORM TO: (CHECK BOX)

___ MENTAL HEALTH ___ CANTEEN

___ CASEWORKER ___ MEDICAL ___ LAW LIBRARY ___ DENTAL

___ EDUCATION ___ VISITING ___ SHIFT COMMAND

___ LAUNDRY ___ PROPERTY ROOM ___ OTHER ____________

5.) NAME OF INDIVIDUAL TO CONTACT: TO. Whom it may Concern

6.) REQUEST: ( PRINT BELOW) Can you please preserve video at N.O.O.C / H.D.S.P in Unit 1-D #37 of incident where I 'mandown' and was assaulted by your c/o J. Sutton and denied medical attention.

Thank you God bless,

Dated: 7-16-2025 @ 1:PM

7.) INMATE SIGNATURE x Derrick Bradley DOC # 93214

8.) RECEIVING STAFF SIGNATURE [signature] DATE 7-16-25

****************************************

9.) RESPONSE TO INMATE

10.) RESPONDING STAFF SIGNATURE ____________ DATE ____________

AR. 740.(8)(E)

D. The inclusion of more than one grievance issue per form; and

E. Grievances that have the same issue in a previously filed grievance, even if the requested action or remedy is different on the subsequent grievance.

6. In the event an offender's claim is NOT ACCEPTED or not within the intended scope of this Administrative Regulation, the offender may not appeal that decision to the next procedural level. Instead, the offender must correct the issues that led to the rejection of the grievance, and follow the instructions provided on the Improper Grievance Memorandum DOC 3098, that the offender will receive at the time the rejected or NOT ACCEPTED grievance is returned.

7. An offender whose grievance is denied in its entirety, may appeal the grievance to the next level, within the substantive and procedural requirements outlined herein, unless the action requested has already been granted at a lower level.

   A. Administrators or employees of the institution shall automatically allow appeals, without interference, unless the grievance is GRANTED.

   B. An offender's refusal to sign and date any grievance form, at any level, shall constitute abandonment of the claim.

   C. If the grievance is GRANTED or resolved by SETTLEMENT at any level, the grievance process is considered complete, the offender's administrative remedies exhausted, and the offender cannot appeal the decision to a higher level.

   D. If the grievance is PARTIALLY GRANTED, DENIED, or RESOLVED at any level, the offender must appeal the response to the next grievance level in order for the grievance process to be considered complete and for the offender's administrative remedies considered to be exhausted. If the offender does not timely appeal the grievance to the next level, it will be considered ABANDONED or WITHDRAWN.

8. Time limits shall begin from the date an offender receives a response.

9. An overdue grievance response at any level, is not an automatic finding for the offender.

   A. The response must be completed, even if it is overdue.

   B. The offender may proceed to the next grievance level if a response is overdue.

   C. The overdue response does not count against the offender's timeframe for an appeal if he or she waits for the response before initiating the appeal.

# Nevada Department of Corrections
# Improper Grievance Memo

| | |
|---|---|
| TO: | Bradley, Derrick [0000093214] |
| FROM: | Gabriela Najera, Associate Warden - High Desert State Prison |
| DATE: | August 22, 2025 |
| RE: Improper Grievance # | 20063182824 - 1st Rejection, Informal |

The attached grievance is being returned to you for the following reason(s):

**REJECTED - After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level unless specified.** Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

- ☐ Missing documents
- ☐ No harm/loss, action, or remedy
- ☐ Not a KITE
- ☐ Missing inmate personal property claim form
- ☐ Alterations
- ☐ Missing administrative claim form
- ☐ Continuation forms
- ☐ Other specify:
- ☐ More than one issue
- ☐ Improper submission
- ☐ Not signed or dated
- ☐ Disciplinary appeal process/directly to warden
- ☐ Failure to correct deficiencies
- ☐ Untimely submission
- ☐ Staff misconduct (IG Review Submitted)

**NOT ACCEPTED - If not accepted due to any of the reasons in this box, the grievance may NOT proceed to the next level Per AR 740.03,5 and 740.04,G.**

- ☐ Non-grievable issues:
  - ☐ State and federal court decisions
  - ☐ State, federal and local laws and regulations
  - ☐ Parole Board actions and/or decisions
  - ☐ Lacks standing
- ☐ Untimely submission
- ☐ Inmate elected NOT to sign and date any grievance form
- ☐ Grievance was granted
- ☒ Abuse of Inmate Grievance Procedure
  - ☒ A threat of serious bodily injury to a specific individual
  - ☐ Obscene, profane and derogatory language
  - ☐ Specific claims or incidents previously filed by the same inmate
  - ☐ More than one (1) grievance per week, Monday through Sunday
  - ☒ Other specify: **DUPLICATE**: Per AR 740.03 number 5E, Grievances that **grieve the same issue in a previously filed grievance** will not be accepted, even if the requested action or remedy is different on the subsequent grievance. **This grievance is a duplicate to log # 20063182824. THIS GRIEVANCE CANNOT BE RESUBMITTED.** If you resubmit this grievance, it will be confiscated and retained in your Inmate Grievance File with no further actions taken.

cc: Original – Inmate
Copy - Grievance File

DOC-3098 (12/2021)

M. Gonzalez 9/11/25 [signature] 9/11/25

Witness Signature Date Inmate Signature Date

**Log Number** 2006·31·82824

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: High Desert State Prison UNIT: 9 - F #3

GRIEVANT'S STATEMENT: Before this incident occured on 7/15/2025, I had previously informed and complained to staff, c/o's in unit, CSW Barret, AWO and Warden Williams, that while housed in unit 1-D#37 during my intake (ie: "fishtank" process; I was without Air Condition (A.c.) for (21) twenty-one
P.S. Attached continuation form

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: x Derrick Bradley DATE: 7/21/25 TIME: 8:00 AM

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 8/25 TIME: 6/8/25

GRIEVANCE RESPONSE:

-309

CASEWORKER SIGNATURE: M. Gonzalez DATE: 9/11/25

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: [signature] DATE: 8/12

___ INMATE AGREES ✓ INMATE DISAGREES

INMATE SIGNATURE: Derrick Bradley DATE: 9/11/25

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

JUL 29 2025

**Log Number** ______________________

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: High Desert State Prison UNIT: 9-F#3

GRIEVANT'S STATEMENT: Before this incident occured on 7/15/2025, I had previously informed and complained to staff, c/o's in unit, CSW Barret, Awo and Warden Williams, that while housed in unit 1-D#37 during my intake (i.e. "fishtank" process, I was without Air Condition (A.C.) for (21) twenty-one

P.S. Attached continuation form

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: x Derrick Bradley DATE: 7/21/25 TIME: 8:00 AM

GRIEVANCE COORDINATOR SIGNATURE: ______ DATE: 8/__ TIME: 18__

---

GRIEVANCE RESPONSE: ______________________

CASEWORKER SIGNATURE: ______________________ DATE: ______

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: ______________________ DATE: ______

---

_____ INMATE AGREES ✓ INMATE DISAGREES

INMATE SIGNATURE: Derrick Bradley DATE: 9/11/25

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

JUL 29 2025

**NEVADA DEPARTMENT OF CORRECTIONS**
**GRIEVANT'S STATEMENT CONTINUATION FORM**

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: High Desert State Prison UNIT #: 9-F-#3

GRIEVANCE #: ______ GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION: PG. 1 OF 3

days and that the cell living in this type of heat summer, w/o A.C. was unbearable, and due to my prescribed medication, which is prosenic - a p.t.s.d treatment'; it's side effect increases my blood pressure and heart rate, in which it is already documented in C.C.D.C med records Of me passing out prior because of having taking prosenic ~~and~~ while not being properly hydratd and overheated body tempature. However, my complaints went ignored.

And on 7/15/2025 around 6:00pm, I passed out again to due the heat exposure and not having A.C. in the unit/cell (1-0#37). C/o's called a "man down" and when nurse, Jane doe #1 arrived, I was passed out on the floor of my cell. I was then extracted from my cell by the three (3) c/o's J. Sutton, Jhon Doe #1, and Jhon Doe #2, who dragged and pulled me while I was face down on my stomach still handcuffed with hands behind my back.

Original: Attached to Grievance
Pink: Inmate's Copy

JUL 29 2025

# NEVADA DEPARTMENT OF CORRECTIONS
# GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: High Desert State Prison UNIT #: 9-F #3

GRIEVANCE #: GRIEVANCE LEVEL: Informal

GRIEVANT'S STATEMENT CONTINUATION: PG. 2 OF 3

nurse Jane doe #1 refused me medical attention and while I was still cuffed on the ground with my hands behind my back and unconcious; my body began to shake uncontrolably with my eyes fluttering. I also was experiencing severe chest pain.

Fourty-five (45) minutes would pass, and another nurse, Jane doe #2 arrived. She applied premonia to my nose to attempt to wake me up. when that didnt work; she began to use barbaric methods by suffocating me w/ the same premonia rag, covering my mouth and nose so I couldnt breath. (P.S. Video/camera footage)

I woke up choking and gasping for air/oxygen, and was unable to see anything. These nurse(s) actions were negligent, cruel and unusual medical practices, which also constituted deliberate indifference in violation of my 8th Amend. Const. Rights. And while I was

Original: Attached to Grievance
Pink: Inmate's Copy

JUL 29 2025

# NEVADA DEPARTMENT OF CORRECTIONS
# GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: High Desert State Prison UNIT #: 9-F #3

GRIEVANCE #: GRIEVANCE LEVEL: informal

GRIEVANT'S STATEMENT CONTINUATION: PG. 3 OF 3

still cuffed (same position) and on the ground defenseless trying to regain my vision, C/O J. Sutton takes his baton and forcefully shoves it into the nape of my head, neck, and back. He said "I know who you are, you pathetic piece of shit." accusing me of playing the system. and accused me of moving, though I was trying to breath and see. When nurse, Jane doe, #1 said there was nothing she could do and said maybe I should go to the infirmary, C/O J. Sutton said that I couldn't because Foster sayd the cart was being used by the inmate porters in the area/units after feeding. torso and knee pain

Relief Sought. 300,000$ for physical, mental, pain and suffering for violations of my 8th Amend Const. Rights for me not recieving A.C. in my unit (1-0 #3) for 28 days and hitting my head; For all (5) five of the defendants actions, who all acted w/ deliberate indifference, and used cruel and unusual punishment towards me for no reason at all.

Original: Attached to Grievance
Pink: Inmate's Copy

JUL 29 2025

# Nevada Department of Corrections
# Improper Grievance Memo

| | |
|---|---|
| TO: | Bradley, Derrick [0000093214] |
| FROM: | Gabriela Najera, Associate Warden - High Desert State Prison |
| DATE: | August 22, 2025 |
| RE: Improper Grievance # | 20063182161 - 1st Rejection, Informal |

The attached grievance is being returned to you for the following reason(s):

**REJECTED - After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level unless specified.** Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

- ☐ Missing documents
- ☐ No harm/loss, action, or remedy
- ☐ Not a KITE
- ☐ Missing inmate personal property claim form
- ☒ Alterations
- ☐ Missing administrative claim form
- ☐ Continuation forms
- ☒ More than one issue
- ☐ Improper submission
- ☐ Not signed or dated
- ☐ Disciplinary appeal process/directly to warden
- ☐ Failure to correct deficiencies
- ☐ Untimely submission
- ☐ Staff misconduct (IG Review Submitted)
- ☒ Other specify: **ALTERATIONS:** Per OP 740.04 Abuse of Offender Grievance Procedure, number 2 (H), Alteration of the grievance forms or continuation forms. This includes writing more than one line, on each line provided on the grievance form. Writing outside of the margins will not be accepted.

**More Than One Issue:** Per AR 740 you cannot file a grievance on multiple issues. Per AR 740.09 number 2F, it is considered abuse of the Offender grievance procedure when an Offender files a grievance that contains **more than one (1) appropriate issue** per grievance.

**Instructions:** Please correct and resubmit within 5 days of receipt of this memo on a new **Grievance** form restating the factual harm and/or loss, the action, and the remedy, attach ALL previously submitted documents including prior submitted grievance(s) under this grievance number, the prior Improper Grievance Memo(s) under this grievance log number, and attach supporting documents so that this can be fully researched.

**NOT ACCEPTED - If not accepted due to any of the reasons in this box, the grievance may NOT proceed to the next level Per AR 740.03,5 and 740.04,G.**

- ☐ Non-grievable issues:
  - ☐ State and federal court decisions
  - ☐ State, federal and local laws and regulations
  - ☐ Parole Board actions and/or decisions
  - ☐ Lacks standing
- ☐ Untimely submission
- ☐ Inmate elected NOT to sign and date any grievance form
- ☐ Grievance was granted
- ☐ Abuse of Inmate Grievance Procedure

cc: Original – Inmate
Copy - Grievance File

DOC-3098 (12/2021)

- [ ] A threat of serious bodily injury to a specific individual
- [ ] Specific claims or incidents previously filed by the same inmate
- [ ] Other specify:
- [ ] Obscene, profane and derogatory language
- [ ] More than one (1) grievance per week, Monday through Sunday

M. Gonzalez 9/11/25

Witness Signature Date

x [signature] 9/11/25

Inmate Signature Date

**Log Number** 2006-31-82161

## NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: H.D.S.P UNIT: 9-F-17

GRIEVANT'S STATEMENT: I have been in the intake AKA "Fish Tank" For 22 days, without ANY Air condition, I have prescribed medication for my depression, and PTSD, which the PTSD medication increases my blood pressure, which is known to skyrocket in high tempatures. P.S. Attached continuation form.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: x Derrick Bradley DATE: 7/11/25 TIME: 1:00pm

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 8/22/25 TIME: 5:22

GRIEVANCE RESPONSE:

— 3091

CASEWORKER SIGNATURE: M. Gonzalez DATE: 9/11/25

___ GRIEVANCE UPHELD _✓_ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: [signature] DATE: 8/22/25

___ INMATE AGREES _✓_ INMATE DISAGREES

INMATE SIGNATURE: x Derrick Bradley DATE: 9/11/25

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

JUL 15 2025

**Log Number** 2006-31-82161

# NEVADA DEPARTMENT OF CORRECTIONS
# INFORMAL GRIEVANCE

NAME: ______________________ I.D. NUMBER: ______________________

INSTITUTION: ______________________ UNIT: ______________________

GRIEVANT'S STATEMENT: ______________________

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: ______________________ DATE: ________ TIME: ________

GRIEVANCE COORDINATOR SIGNATURE: ______________________ DATE: ________ TIME: ________

GRIEVANCE RESPONSE: ______________________

CASEWORKER SIGNATURE: ______________________ DATE: ________

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: ______________________ DATE: ________

________ INMATE AGREES ____✓____ INMATE DISAGREES

INMATE SIGNATURE: ______________________ DATE: ________

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

JUL 15 2025

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: H.D.S.P. UNIT #: 1-D # 37

GRIEVANCE #: ____________ GRIEVANCE LEVEL: ____________

GRIEVANT'S STATEMENT CONTINUATION: PG. 1 OF 1

I have already passed out in the Clark County Detention Center and it's documented in my medical records, due to my medication in high temps. The medication is prozac.

I've been kiting the Assistant Warden and Warden and Caseworker about this issue regarding the A.C. all to know avail, as I haven't received no response. And whenever I pressed the emergency button, the c/o's ignore it, which they've done over 20x (names Mouhamed and Leong), and if they do somehow answer the button, they say this isn't any emergency.

I've attempted to resolve this issue before grieving it to no avail. I am scared that I'm goin to pass out again, or ignite a seizure. Please help!! Thank you dearly. P.S. It is the summer and 120 degrees outside. These living conditions are horrible.

Original: Attached to Grievance
Pink: Inmate's Copy

JUL 15 2025

DOC – 3097 (01/02)

# NEVADA DEPARTMENT OF CORRECTIONS
## GRIEVANT'S STATEMENT CONTINUATION FORM

NAME: Damar Bradley I.D. NUMBER: 93[illegible]

INSTITUTION: H.D.S.P. UNIT #: 1-0 [illegible] 37

GRIEVANCE #: ______ GRIEVANCE LEVEL: ______

GRIEVANT'S STATEMENT CONTINUATION: PG. 1 OF 1

I have already passed out in the Clark County Detention Center and it's documented in my medical records, due to my medication in high temps. The medications is [illegible]. I've been asking the Assistant Warden and Warden all summer [illegible] regarding the A.C. [illegible] I haven't received [illegible] whenever I present the emergency [illegible] they've done over 25 k [illegible] and they [illegible] the [illegible]

[illegible] I'm [illegible] asking [illegible] Please help! Thank you deeply. [illegible] and 120 degrees outside [illegible]

Original: Attached to Grievance
Pink: Inmate's Copy

INSTRUCTIONS/SUGGESTIONS FOR COMPLETEING AN AFFIDAVIT

(1) This form is only good in the state of Nevada by a person incarcerated, per NRS208.165 and has at the bottom space to be notarized if for use outside Nevada.

(2) The first paragraph should be something like this...(1) THAT, (your name) is the Affiant in this affidavit and is currently incarcerated at High Desert State Prison (HDSP)

(3) Each following paragraph should be numbered and begin with That... and your statements should be in sequence, first establishing your knowledge of the subject and then followed by the fact you wish to establish.

(4) The small page attached does NOT have numbers on purpose so that you can shorten the affidavit to any length you wish, want, or need, simply by laying the ending at the end of your affidavit and then having it copied. If longer, another 28-line page with lines can be obtained from the law library clerk at the counter or made by yourself.

(5) You could also have a "Witness" sign in the space where the notary would use.

Dated 8-12-2025 [signature]

JHON JORDAN # 1085274

AFFIDAVIT OF ______________

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

TO WHOM IT MAY CONCERN:

I, John Jordan, the undersigned, do hereby swear that all the following statements and descrition of events, are true and correct, of my own knowledge, information, and belief, and to those I believe to be true and correct. Signed under penalty of perjury pursuant to NRS 208.165.

(1) THAT I John Jordan am an Inmate @ HDSP #1085274

(2) that I arived at high desert State prison 6-25-25 and housed in unit 1-D cell 5 and shortly after my arrival noticed coolers position outside of the cells in the unit

(3) that me, mr. bradley, and others Inmates in unit 1-D wrote Emergency grievance and informal grievance to complain About the heat inside the cells and not having A.C. (ps grievance and response attached to affidavit By John Jordan 1085274 HDSP

(4) that the tempature in Unit 1-d cells were at minimum 90° degress and severly hot

(5) that on 7-15-25, I was present and witnessed, Inmate Bradley 'MAN DOWN' In

(6) That two nurses later arrived, a black female Helga and chinese lady Crystal in unit.

(7) Crystal would use a wrag causing him to Jerk uncontrobally and ~~spit~~ lay in puddle of his own spit vomit

(8) That c/o Sutton used strong force against Inmate Bradley because of this.

(9) That Sutton cruely dragged Brady back into his cell of 1-D 37.

(10) That inmate Bradley never recieved any medical that day, 7-15-2025.

11 that I would give inmate Bradley my grievance that was denied 8-12-25 to DSE, handed personally while in (cell #12-F) UNIT 9. We are cellies. Also that this is my affidavit, signed Dated

FURTHER, AFFIANT SAYETH NAUGHT.

EXECUTED AT High Desert State Prison this 12 day of August 2025

IN FRONT OF: BY John Jordan

NDOC # 1085274

SUBMISSION OF DOCUMENT FOR ELECTRONIC FILING
To United States District Court, District of Nevada

Inmate Name: Derrick Bradley NDOC ID # 93214 Facility/Unit/Bed #: S.O.C.C

United States District Court, District of Nevada Case No. ______

Case Name: 2:25-cv-02351 - GMN - MDC

Complete Name of Document to be filed: Civil Complaint 42 U.S.C. 1983 (1) Permission for LEAVE TO AMEND COMPLAINT with attached Exhibits. (2) First Amended Complaint with attached exhibits "A".

Total Number of Pages of Document (Including Exhibits): ______

Inmate Signature: x [signature] Date: 1/30/26

---

Receipt of documentation and completed submission of document for electronic filing form acknowledged by:

Law Library Supervisor/ Designee: ______ Date: ______

DENIED

---

***DISCREPANCY IN PAGE NUMBERS***

(Section only to be completed if there is a discrepancy between the "total number of pages (including exhibits)" identified by the inmate above and the actual number of pages contained within the original documents delivered to the Law Library Supervisor/Designee)

** Please be advised that in scanning the original document a discrepancy in page numbers was located **

Total number of pages actually received by the Law Library Supervisor/Designee and scanned to the United States District Court, District of Nevada ______

Law Library Supervisor/ Designee: [signature] Date: 1.30.26

Discrepancy acknowledged by Inmate: ______ Date: ______

---

***LAW LIBRARY SUPERVISOR NOTES***

(Section only to be completed by Law Library Supervisor)

Total number of pages not given.

---

Notice of electronic filing and original document returned to inmate:

Inmate Signature: ______ Date: ______

DOC - 1717 (05/2020)

# Nevada Department of Corrections
# Improper Grievance Memo

| | |
|---|---|
| TO: | Jordan, John [0001085274] |
| FROM: | Gabriela Najera, Associate Warden - High Desert State Prison |
| DATE: | August 11, 2025 |
| RE: Improper Grievance # | 20063182376 - 1st Rejection, Informal |

The attached grievance is being returned to you for the following reason(s):

**REJECTED - After correcting the deficiencies(s) listed below; you may re-submit your grievance at the same level unless specified.** Failure to re-submit the grievance through the prescribed timeframe shall constitute abandonment.

| | |
|---|---|
| ☐ Missing documents | ☒ More than one issue |
| ☒ No harm/loss, action, or remedy | ☐ Improper submission |
| ☐ Not a KITE | ☐ Not signed or dated |
| ☐ Missing inmate personal property claim form | ☐ Disciplinary appeal process/directly to warden |
| ☒ Alterations | ☐ Failure to correct deficiencies |
| ☐ Missing administrative claim form | ☐ Untimely submission |
| ☐ Continuation forms | ☐ Staff misconduct (IG Review Submitted) |

☒ Other specify: **NO HARM/LOSS, ACTION, OR REMEDY:** Per AR 740, If the Offender does not factually demonstrate a **loss or harm** and does not state the action or **remedy** that will satisfy the claim in the grievance, the grievance will not be accepted and returned to the Offender with an explanation as to what was missing in order for the grievance to be processed. Per AR 740, all grievances should also **include the remedy sought** by the Offender to resolve this claim.

**ALTERATIONS:** Per AR 740.04 number 2H, "Alteration of the grievance forms or continuation forms. This includes writing more than one line, on each line provided on the grievance form." **You cannot backdate a grievance.**

**More Than One Issue:** Per AR 740 you cannot file a grievance on multiple issues. Per AR 740.09 number 2F, it is considered abuse of the Offender grievance procedure when an Offender files a grievance that contains **more than one (1) appropriate issue** per grievance.

**Instructions:** Please correct and resubmit within 5 days of receipt of this memo on a new form restating the factual harm and/or loss, the action, and the remedy on behalf of yourself, attach ALL previously submitted documents including prior submitted grievance(s) under this grievance number, the prior Improper Grievance Memo(s) under this grievance log number, and attach supporting documents so that this can be fully researched.

**NOT ACCEPTED - If not accepted due to any of the reasons in this box, the grievance may NOT proceed to the next level Per AR 740.03,5 and 740.04,G.**

☐ Non-grievable issues:

| | |
|---|---|
| ☐ State and federal court decisions | ☐ Parole Board actions and/or decisions |

cc: Original – Inmate
Copy - Grievance File

- ☐ State, federal and local laws and regulations
- ☐ Lacks standing

☐ Untimely submission

☐ Inmate elected NOT to sign and date any grievance form

☐ Grievance was granted

☐ Abuse of Inmate Grievance Procedure

- ☐ A threat of serious bodily injury to a specific individual
- ☐ Obscene, profane and derogatory language
- ☐ Specific claims or incidents previously filed by the same inmate
- ☐ More than one (1) grievance per week, Monday through Sunday
- ☐ Other specify:

| | | | |
|---|---|---|---|
| | | John Jordan | 8-26-25 |
| Witness Signature | Date | Inmate Signature | Date |

cc: Original – Inmate
Copy - Grievance File

DOC-3098 (12/2021)

Log Number 2006318237б

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: John Jordan I.D. NUMBER: 1085274

INSTITUTION: HDSP UNIT: 1-D-37

GRIEVANT'S STATEMENT: my rights as a civilian and as a Inmate is being 1st, 8th, and 13th constitions rights is being violated Due to the Ac unit not working it's over 90° degrees in my cell everyday. I haven't been able to make a legal or personal family call that im allowed to get by law once a week. I haven't been getting. They showing negligance because they know and the situation still haven't been fixed. Their has to be something done ASAP!!!

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: [signature] DATE: 07-05-25 TIME: 6:00pm

GRIEVANCE COORDINATOR SIGNATURE: [signature] DATE: 8/1/25 TIME: 6:00

GRIEVANCE RESPONSE:

3098

CASEWORKER SIGNATURE: DATE:

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: [signature] DATE: 8/12/25

___ INMATE AGREES ✓ INMATE DISAGREES

INMATE SIGNATURE: [signature] DATE: 07-05-25

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

JUL 08 2025

Log Number 2006318?376

# NEVADA DEPARTMENT OF CORRECTIONS
# INFORMAL GRIEVANCE

NAME: ______________ I.D. NUMBER: ______________

INSTITUTION: ______________ UNIT: ______________

GRIEVANT'S STATEMENT: ______________

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: ______________ DATE: ______ TIME: ______

GRIEVANCE COORDINATOR SIGNATURE: ______________ DATE: ______ TIME: ______

GRIEVANCE RESPONSE: ______________

3092

CASEWORKER SIGNATURE: ______________ DATE: ______

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: ______________ DATE: ______

___ INMATE AGREES ✓ INMATE DISAGREES

INMATE SIGNATURE: ______________ DATE: ______

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

JUL 08 2025

Log Number 2006319376

# NEVADA DEPARTMENT OF CORRECTIONS
## INFORMAL GRIEVANCE

NAME: ______________________ I.D. NUMBER: ______________________

INSTITUTION: ______________________ UNIT: ______________________

GRIEVANT'S STATEMENT: ______________________

______________________

______________________

______________________

______________________

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: ______________________ DATE: __________ TIME: __________

GRIEVANCE COORDINATOR SIGNATURE: ______________________ DATE: __________ TIME: __________

GRIEVANCE RESPONSE: ______________________

______________________

309K

______________________

______________________

CASEWORKER SIGNATURE: ______________________ DATE: __________

___ GRIEVANCE UPHELD ___ GRIEVANCE DENIED ___ ISSUE NOT GRIEVABLE PER AR 740

GRIEVANCE COORDINATOR APPROVAL: ______________________ DATE: __________

________ INMATE AGREES ________ INMATE DISAGREES

INMATE SIGNATURE: ______________________ DATE: __________

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FIRST LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

JUL 08 2025

**Log Number** 2006318?824

**NEVADA DEPARTMENT OF CORRECTIONS**
**FIRST LEVEL GRIEVANCE**

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: H. D. S. P. UNIT: 9 - F # 12

I REQUEST THE REVIEW OF THE GRIEVANCE, LOG NUMBER 2006318?824, IN A FORMAL MANNER. THE ORIGINAL COPY OF MY GRIEVANCE AND ALL SUPPORTING DOCUMENTATION IS ATTACHED FOR REVIEW.

SWORN DECLARATION UNDER PENALTY OF PERJURY

INMATE SIGNATURE: x Derrick Bradley DATE: 9/14/25

WHY DISAGREE: Because I did as I was told by resubmitting a new informal grievance to correct any errors required by NDOC 3098, AR 740.08(?)(1) How the second grievance is now deemed as a duplicate to the first one [Log# 20063182161]. And by the looks of it these clearly responses are excuses to deny my grievance (as attached informal grievance)

GRIEVANCE COORDINATOR SIGNATURE: ____ DATE: ____

---

FIRST LEVEL RESPONSE: ____

____ GRIEVANCE UPHELD ____ GRIEVANCE DENIED ____ ISSUE NOT GRIEVABLE PER AR 740

WARDEN'S SIGNATURE: ____ TITLE: ____ DATE: ____

GRIEVANCE COORDINATOR SIGNATURE: ____ DATE: ____

---

____ INMATE AGREES ____ INMATE DISAGREES

INMATE SIGNATURE: ____ DATE: ____

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A SECOND LEVEL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator |
| Pink: | Inmate's receipt when formal grievance filed |
| Gold: | Inmate's initial receipt |

1H-9

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**DETENTION SEVRICES DIVISION**

# MEDICAL/DENTAL/MENTAL HEALTH SERVICES REQUEST

Name: Bradley (LAST) Derrick (FIRST) ID: 1967079

Housing: 1-H-#9 Date of Birth: 10/04/1988 Date: 1/29/25 Time: 9AM

**IF YOU ARE CURRENTLY EXPERIENCING A MEDICAL EMERGENCY OR MENTAL HEALTH CRISIS, NOTIFY A UNIFORMED OFFICER IMMEDIATELY**

Description of Illness or Injury: I am currently having chest pains near my heart area due to the prescribed medication Prosienc from psych to treat my P.T.S.D and nightmares. This pill induces rapid or irregular heart beat and tightness of chest. Need to see Doc and also wish to discontinue this pill.

THE SECTION BELOW IS TO BE COMPLETED BY STAFF ONLY

Date/Time Triaged: 01/30/25 2000 Category 1 ☐ 2 ☐ 3 ☐ ______ RN

S: States, "pain started 6 days ago." Requesting different medication.

O: TEMP: ______ PULSE: 67 RESP: 16 BP: 134/94 SpO2: 99%
Asymptomatic. Color WNL, non diaphoretic.

A: the dr. will see you accordingly.

B: ______

Refer to: ☐ Sick Call Doctor ☐ Nurse ☒ Psychiatrist ☐ Dentist ☐ DON ☒ Other: MH RN

Fee Charge: ☐ $8.00 Medical Access Fee ☐ $5.00 Medication Fee ☐ $3.00 Medication Renewal Fee ☒ No Charge

ACKNOWEDLEGEMENT OF FEES AND SERVICES

I understand that pursuant to NRS 211.140, I may be responsible for payment for medical care (see back of this form).

I understand that the medical access fee and/or medication fee noted above will be deducted from my inmate account.

I understand that fees will be collected at a later date if funds are not currently available in my inmate account. If I do not have sufficient funds to pay, and money is deposited into my inmate account at a later time, the amount I owe for these services will be deducted before any remaining funds are made available to me.

No inmate will be refused in-house medical services based on an inability to pay at the time the healthcare is provided.

Inmate Signature: Derrick Bradley Date: 1/30/25

Staff Signature: [signature] RN Date: 1-30-25 1/30/25

| INMATE NAME (PLEASE PRINT) | ID# | HOUSING |
|---|---|---|
| Derrick Bradley | 1967079 | 1-H #9 |

DISTRIBUTION: WHITE – Medical Records YELLOW - Inmate

DSD 82 (REV. 8/2024)

5/30/25

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**DETENTION SEVRICES DIVISION**

# MEDICAL/DENTAL/MENTAL HEALTH SERVICES REQUEST

Name: Bradley (LAST) Derrick (FIRST) ID: 1967079

Housing: H-1 11 Date of Birth: 10/04/1988 Date: 5/30/25

**IF YOU ARE CURRENTLY EXPERIENCING A MEDICAL EMERGENCY OR MENTAL HEALTH CRISIS, NOTIFY A UNIFORMED OFFICER IMMEDIATELY**

Description of Illness or Injury: Every since I've fell off of the bunk (per reported and documented in medical) I continue to experience lower back pain. Please help. Thank you

THE SECTION BELOW IS TO BE COMPLETED BY STAFF ONLY

Date/Time Triaged: 5/30/25 Category 1 ☐ 2 ☐ 3 ☐ ________ RN

S: Pain in lower back since fall - documented fall. Pain @ 7/10. Requesting IBU's

O: TEMP: 97.7 PULSE: 82 RESP: 16 BP: 130/78

A:

P: Ordered tylenol for pain. Ibuprofen and sertraline don't mix well and can increase chance of stomach bleed. Tylenol is okay. Rekite if issue continues or worsens

Refer to: ☐ Sick Call Doctor ☐ Nurse ☐ Psychiatrist ☐ Dentist ☐ DON ☐ Other: ________

------------------------------ *cut here* ------------------------------

Fee Charge: ☐ $8.00 Medical Access Fee ☑ $5.00 Medication Fee ☐ $3.00 Medication Renewal Fee ☐ No Charge

ACKNOWEDLEGEMENT OF FEES AND SERVICES

I understand that pursuant to NRS 211.140, I may be responsible for payment for medical care (see back of this form).

I understand that the medical access fee and/or medication fee noted above will be deducted from my inmate account.

I understand that fees will be collected at a later date if funds are not currently available in my inmate account. If I do not have sufficient funds to pay, and money is deposited into my inmate account at a later time, the amount I owe for these services will be deducted before any remaining funds are made available to me.

No inmate will be refused in-house medical services based on an inability to pay at the time the healthcare is provided.

Inmate Signature: Derrick Bradley Date: 5/30/25

Staff Signature: ________ Date: 05/30/25

| INMATE NAME (PLEASE PRINT) | ID# | HOUSING |
|---|---|---|
| Bradley, Derrick | 1967079 | 1H-11 |

DSD 82 (REV. 10/2024) DISTRIBUTION: WHITE – Medical Records YELLOW - Inmate

NV-1H-03

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**DETENTION SEVRICES DIVISION**

# MEDICAL/DENTAL/MENTAL HEALTH SERVICES REQUEST

Name: Bradley (LAST) Derrick (FIRST) ID: 1967079

Housing: 1 - H #3 Date of Birth: 10/04/1988 Date: 12 5 24

**IF YOU ARE CURRENTLY EXPERIENCING A MEDICAL EMERGENCY OR MENTAL HEALTH CRISIS, NOTIFY A UNIFORMED OFFICER IMMEDIATELY**

Description of Illness or Injury: Am I still going to see a doctor for my psych meds for my depression and ptsd because I'm severely depressed over my current situation and my phone privileges were revoked by court and I can't talk to my son who needs me.

THE SECTION BELOW IS TO BE COMPLETED BY STAFF ONLY

Date/Time Triaged: 120524/2000 Category 1 ☐ 2 ☐ 3 ☐ ______ RN

S: As stated

O: TEMP: ______ PULSE: ______ RESP: ______ BP: ______

Denies SI / HI.

A: You are scheduled for a psychiatric evaluation. Thank you

B: for your patience.

Refer to: ☐ Sick Call Doctor ☐ Nurse ☐ Psychiatrist ☐ Dentist ☐ DON ☐ Other: ______

Fee Charge: ☐ $8.00 Medical Access Fee ☐ $5.00 Medication Fee ☐ $3.00 Medication Renewal Fee ☐ No Charge

ACKNOWEDLEGEMENT OF FEES AND SERVICES

I understand that pursuant to NRS 211.140, I may be responsible for payment for medical care (see back of this form).

I understand that the medical access fee and/or medication fee noted above will be deducted from my inmate account.

I understand that fees will be collected at a later date if funds are not currently available in my inmate account. If I do not have sufficient funds to pay, and money is deposited into my inmate account at a later time, the amount I owe for these services will be deducted before any remaining funds are made available to me.

No inmate will be refused in-house medical services based on an inability to pay at the time the healthcare is provided.

Inmate Signature: x Derrick Bradley Date: 12/5/24

Staff Signature: Theresa, RN Date: 12/6/24

| INMATE NAME (PLEASE PRINT) | ID# | HOUSING |
|---|---|---|
| | | |

DISTRIBUTION: WHITE – Medical Records YELLOW - Inmate

DSD 82 (REV. 8/2024)

H-3

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**DETENTION SEVRICES DIVISION**

# MEDICAL/DENTAL/MENTAL HEALTH SERVICES REQUEST

Name: Brally (LAST) Derrick (FIRST) ID: 1967079

Housing: 1-H # 3 Date of Birth: 10/4/88 Date: 11/25/24

**IF YOU ARE CURRENTLY EXPERIENCING A MEDICAL EMERGENCY OR MENTAL HEALTH CRISIS, NOTIFY A UNIFORMED OFFICER IMMEDIATELY**

Description of Illness or Injury: I'm having a difficulty Coping w/ my ptSD, ADHD, and anxiety and need to get put back on my psych medication.

THE SECTION BELOW IS TO BE COMPLETED BY STAFF ONLY

Date/Time Triaged: 11 27 24 0900 Category 1 ☐ 2 ☐ 3 ☐ ______ RN

S: Req. psych. Denies HI/SI

O: TEMP: ______ PULSE: ______ RESP: ______ BP: ______

You are scheduled for a mental health follow-up. Anxiety

A: relief information attached.

B:

Refer to: ☐ Sick Call Doctor ☐ Nurse ☐ Psychiatrist ☐ Dentist ☐ DON ☐ Other: ______

Fee Charge: ☐ $8.00 Medical Access Fee ☐ $5.00 Medication Fee ☐ $3.00 Medication Renewal Fee ☐ No Charge

ACKNOWEDLEGEMENT OF FEES AND SERVICES

I understand that pursuant to NRS 211.140, I may be responsible for payment for medical care (see back of this form).

I understand that the medical access fee and/or medication fee noted above will be deducted from my inmate account.

I understand that fees will be collected at a later date if funds are not currently available in my inmate account. If I do not have sufficient funds to pay, and money is deposited into my inmate account at a later time, the amount I owe for these services will be deducted before any remaining funds are made available to me.

No inmate will be refused in-house medical services based on an inability to pay at the time the healthcare is provided.

Inmate Signature: Derrick Brally Date: 11/25/24

Staff Signature: Teresa, RN Date: 11/28/24

| INMATE NAME (PLEASE PRINT) | ID# | HOUSING |
|---|---|---|
| | | |

DISTRIBUTION: WHITE – Medical Records YELLOW - Inmate

DSD 82 (REV. 8/2024)

# Anxiety Relief-Take Responsibility

Take charge of your own anxiety relief; stop playing the role of a victim and take care of yourself.

One of the most powerful concepts you can incorporate into your thinking is that you and you alone are 100% responsible for the conditions of your own life and that you ultimately are the only one that you can depend on for achieving your desired state. That includes anxiety relief. You define your life with the choices you make and actions you take. This truth will set you free from the perpetual reaction to circumstances that many lives become.

People who don't acknowledge responsibility easily develop a victim-like mentality and cultivate a sense of helplessness over external events. The sense of lacking control over circumstances tends to evolve into negative expectations with the fear of inability to cope. Obviously this is the perfect environment for anxiety to grow.

Also, anxious people, because of their tendency toward negative thinking, easily fall back on excuses or reasons why some factor or condition will prevent them from bettering their life or achieving their dreams. They often play the role of a victim- blaming others, blaming their upbringing, blaming the 'system', or blaming some uniquely difficult situations. This type of thinking leads to inaction and becomes a self-fulfilling prophecy.

If you find comfort in the attention others give you when you complain about your problems or unhappiness, know that too much of this kind of sympathy seeking only perpetuates the helpless mentality that feeds anxiety. In short, self-pity is self-defeating in your quest for anxiety relief. The sooner you realize that only you can choose to do what it takes to achieve the type of life you desire, then the sooner you will take control of your destiny. Anyone can come up with excuses. It's easy. But successful/happy people don't fall into that emotional trap. When you accept that you are fully responsible for creating your own level of success, whatever that is for you, you will have tapped the attitude of self-determination that almost all great achievers share. So make the decision now to stop focusing on limits, and focus instead on the possibilities and what you can do.

Regardless of what success means for you, make the choice now that you will be the captain of your own ship from this point forward. This new mindset may feel uncomfortable at first, to know that it's all up to you, but it will be completely liberating in the long run. Imagine not being dependent on anyone but yourself to find your way in life, to be able to construct your future into a reflection of your most passionate dream, to know that you are not only 100% responsible, but also 100% capable and doing what it takes to reach that vision. Even if you disregard everything else said here, it's an unarguable fact that only you know what you really, really want in life. Only you can feel and know what's in your heart. And only you can make the decision to take the steps necessary to make it happen.

Let's move into some affirmations that will help you incorporate these attitudes into your daily life. Repeat these thoughts with as much emotional energy as possible. Know that the words are absolutely true already.

- I know that my life is my responsibility. Anxiety relief is my responsibility
- I am the creator of my life. I control and determine my situation in life.
- I am the only person that can find the way that is best for me
- I am fully in control of my destiny. I am the creator of my own future
- If I want something in my life, I am the one that must make it happen.
- I have the right and responsibility to fulfill my desires
- I am capable of taking care of myself
- I no longer play the role of a victim; I can define my life as I wish
- I never blame other people for my problems.
- It is up to me to make my own decisions and take action
- It is up to me to find happiness for myself
- I take responsibility for improving my own circumstances
- I am now solving my own problems
- I always feel at least some control over every situation. There is always something I can do.
- I am now in control of my life. I know that anxiety relief is within my reach!

**TO GET HELP FROM MENTAL HEALTH SERVICES,**
**TELL AN OFFICER OR GIVE A KITE TO THE MED PASS NURSE.**

H-9

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**DETENTION SEVRICES DIVISION**

# MEDICAL/DENTAL/MENTAL HEALTH SERVICES REQUEST

Name: Bradley (LAST) Derrick (FIRST) ID: 1967079

Housing: 1-H-9 Date of Birth: 10/04/1988 Date: 2/10/24

**IF YOU ARE CURRENTLY EXPERIENCING A MEDICAL EMERGENCY OR MENTAL HEALTH CRISIS, NOTIFY A UNIFORMED OFFICER IMMEDIATELY**

Description of Illness or Injury: I am currently depressed about my case and can't stop thinking about it every second and minute of the day because I'm truely innocent. The Zoloft for depression is ok but I need something stronger, also The music in my head wont stop.

THE SECTION BELOW IS TO BE COMPLETED BY STAFF ONLY

Date/Time Triaged: 2/11/25 0800 [illegible] Category 1 ☐ 2 ☐ 3 ☐ ______ RN

S: Ø SI/HI Ø this time

O: TEMP: ______ PULSE: ______ RESP: ______ BP: ______

A: please look at handout ☺

B: the provider will meet with you soon, please be patient

Refer to: ☐ Sick Call Doctor ☐ Nurse ☐ Psychiatrist ☐ Dentist ☐ DON ☐ Other: ______

Fee Charge: ☐ $8.00 Medical Access Fee ☐ $5.00 Medication Fee ☐ $3.00 Medication Renewal Fee ☐ No Charge

ACKNOWEDLEGEMENT OF FEES AND SERVICES

I understand that pursuant to NRS 211.140, I may be responsible for payment for medical care (see back of this form).

I understand that the medical access fee and/or medication fee noted above will be deducted from my inmate account.

I understand that fees will be collected at a later date if funds are not currently available in my inmate account. If I do not have sufficient funds to pay, and money is deposited into my inmate account at a later time, the amount I owe for these services will be deducted before any remaining funds are made available to me.

No inmate will be refused in-house medical services based on an inability to pay at the time the healthcare is provided.

Inmate Signature: Derrick Bradley Date: 2/10/24

Staff Signature: [signature] Date: 2/12/24

| INMATE NAME (PLEASE PRINT) | ID# | HOUSING |
|---|---|---|
| | | |

DISTRIBUTION: WHITE – Medical Records YELLOW - Inmate

DSD 82 (REV. 8/2024)

NAME Derrick Bradley ID# 93214 DOB 10 / 4 / 1988

FACILITY S. D. C. C. Unit/Cell # 7-A #4

SIGNATURE X Derrick Bradley DATE 10/ 16/ 25

Request

I need to see medical A.S.A.P. please my right side is in severe pain and I can't sit up ~~to~~ straight for no longer than 5 minutes before a sticky pinge starts to kick in and I have to lay down for it to stop. I think it's my liver or kidney. Please and TY. :)

**OFFENDERS - DO NOT WRITE IN AREA BELOW**

**ASSIGNED TO**

☐ Medical ☐ Dental ☐ Psychiatry ☐ Nursing ☐ Other ________

Response to request

You have been placed on the database for medical provider appointment.

☐ Appointment scheduled/rescheduled for: ________

☐ No visit necessary

☐ No show for appointment

☐ Refused to be seen. DOC 2523 Release of Liability signed

**PRESCRIPTIONS**

☐ KOP ☐ NON-KOP

☐ Order date ________

**PLAN**

☐ Follow-up appointment ________ ☐ Return if needed

☐ No follow-up required

Signature of provider/responder ________ Date NOV 16 2025

NEVADA DEPARTMENT OF CORRECTIONS

**MEDICAL KITE and SERVICE REPORT**

DOC 2500 (09/24)

NEVADA DEPARTMENT OF CORRECTIONS
**EMERGENCY**
GRIEVANCE FORM

NAME: Derrick Bradley I.D. NUMBER: 93214

INSTITUTION: S.D.C.C UNIT: 7-A # 4

GRIEVANT'S STATEMENT: I man down twice, as I was coming back from Chow & Gym, and arrived at the medical/infirmary... I was told that wasn't an emergency and sent back w/ no treatment. I cant walk and haven't been going to meals because of my right knee is broken/fractured Please Help!!!!!!!!!! This is inhumane need X-RAY and Lay-in ASAP, TY.

**SWORN DECLARATION UNDER PENALTY OF PERJURY**

INMATE SIGNATURE: x [signature] DATE: 1/14/26 TIME: 11:50am

RECEIVING STAFF SIGNATURE: [signature] DATE: 1/14/26 TIME: 3:31PM

SUPERVISOR COMMENT/ACTION TAKEN ON EMERGENCY GRIEVANCE: See medical statement below - NOT An Emergency

SUPERVISOR SIGNATURE: [signature] TITLE: Sgt. DATE: 1/14 TIME: 4:10

INMATE AGREES: ______ INMATE DISAGREES: ✓

INMATE SIGNATURE: X [signature] TIME: 5:50pm DATE: 1/14/26

FAILURE TO SIGN CONSTITUTES ABANDONMENT OF THE CLAIM. A FORMAL GRIEVANCE MAY BE PURSUED IN THE EVENT THE INMATE DISAGREES.

| | |
|---|---|
| Original: | To inmate when complete, or attached to formal grievance |
| Canary: | To Grievance Coordinator when complete |
| Pink: | Inmate's initial receipt |

You will be scheduled to see the provider. You will be food delivery lay until you see the provider.

@ 16:03

[signature]