AARON D. FORD
Attorney General
ERVEN T. NELSON (Bar No. 2332)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: enelson@ag.nv.gov

*Attorneys for Interested Party
Nevada Department of Corrections
And Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DERRICK BRADLEY,<br>Plaintiff<br>v.<br>JAMES DZURENDA, ET AL.,<br>Defendants | Case No. 2:25-cv-02351-GMN-MDC<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Erven T. Nelson, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and DERRICK BRADLEY, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///

///

///

///

///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 14 day of October, 2026.

DERRICK BRADLEY
*Plaintiff, pro se*

DATED this ____ day of October, 2026.
AARON D. FORD
Attorney General

BY: */s/ Erven T. Nelson*
Erven T. Nelson, (Bar No. 2332)
*Attorneys for Defendants*

**ORDER**

**IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED with prejudice**, with each party bearing their own attorney's fees and costs.

**IT IS FURTHER ORDERED** that the Motion for Production of Documents, (ECF No. 38), is **DENIED as moot.**

**IT IS FURTHER ORDERED** that the Motion to Extend Time, (ECF No. 39), is **DENIED as moot.**

The Clerk of Court is kindly directed to close this case.

**DATED** this 17 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT